DAVID W. MEADOWS (SBN 137052)
Law Offices of David W. Meadows
1801 Century Park East, Suite 1235
Los Angeles, CA  90067
Tel: (310) 557-8490
Fax: (310) 557-8493
Email: david@davidwmeadowslaw.com

Bankruptcy Counsel to the
Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 23 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **FORTIER** DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>DIMES, LLC,<br>a California limited liability company,<br><br>                Debtor. | CASE NO.    2:09-bk-25517-BR<br><br>Chapter 11 Case<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON:**<br><br>**(1)  DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN FOR NAMCO CAPITAL GROUP, INC., EZRI NAMVAR, BESHMADA, LLC, BESHMADA OF DELAWARE, LLC AND DIMES, LLC PROPOSED BY CHAPTER 11 TRUSTEES AND DIP DEBTORS; AND**<br><br>**(2)  DISCLOSURE STATEMENT WITH RESPECT TO CHAPTER 11 PLAN FILED BY THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NAMCO CAPITAL GROUP AND EZRI NAMVAR**<br><br>**Current Hearing:**<br>Date:          October 5, 2011<br>Time:         10:00 a.m.<br>Courtroom: 1668 |

This Court having considered the Stipulation to Continue Hearing on (1) Disclosure Statement With Respect to Joint Chapter 11 Plan for Namco Capital Group, Inc., Ezri Namvar, Beshmada, LLC, Beshmada of Delaware, LLC and Dimes, LLC Proposed by Chapter 11 Trustees and DIP Debtors; and (2) Disclosure Statement With Respect to Chapter 11 Plan Filed by The Official Unsecured Creditors Committee for Namco Capital Group and Ezri Namvar, and the Supporting Declaration of David M. Poitras (the "Stipulation") and good cause appearing, it is hereby

**ORDERED**, that the Stipulation is approved and confirmed as an Order of this Court; and it is further

**ORDERED** that the October 5, 2011 hearing on the Disclosure Statements for both the Committee Plan and the Joint Plan shall be continued to January 18, 2012 at 2:00 p.m. in courtroom 1668.

# # #

DATED: September 23, 2011

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***ORDER APPROVING STIPULATION TO CONTINUE HEARING ON (1) DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN FOR NAMCO CAPITAL GROUP, INC., EZRI NAMVAR, BESHMADA, LLC, BESHMADA OF DELAWARE, LLC AND DIMES, LLC PROPOSED BY CHAPTER 11 TRUSTEES AND DIP DEBTORS; AND (2) DISCLOSURE STATEMENT WITH RESPECT TO CHAPTER 11 PLAN FILED BY THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NAMCO CAPITAL GROUP AND EZRI NAMVAR*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___*9/20/11*___, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell  (Via Messenger)
Russell Clementson, OUST, at Russell.Clementson@usdoj.gov
David Poitras: dpoitras@dmbm.com
Stuart I. Koenig: skoenig@cmkllp.com
Melissa Davis: mdavis@shbllp.com
Richard K. Diamond: rdiamond@dgdk.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 20, 2011 | David W. Meadows | */s/ David W. Meadows* |
|---|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

_____    _____    _____
*Date*    *Type Name*    *Signature*

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **_ORDER APPROVING STIPULATION TO CONTINUE HEARING ON (1) DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN FOR NAMCO CAPITAL GROUP, INC., EZRI NAMVAR, BESHMADA, LLC, BESHMADA OF DELAWARE, LLC AND DIMES, LLC PROPOSED BY CHAPTER 11 TRUSTEES AND DIP DEBTORS; AND (2) DISCLOSURE STATEMENT WITH RESPECT TO CHAPTER 11 PLAN FILED BY THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR NAMCO CAPITAL GROUP AND EZRI NAMVAR_** was entered on the date indicated as ○Entered○ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_September 20, 2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ○Entered○ stamp, the party lodging the judgment or order will serve a complete copy bearing an ○Entered○ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

- David W Brody    dbrody@brody-law.com, bknotice@brody-law.com
- Gillian N Brown    gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Melissa Davis    mdavis@shbllp.com
- Leslie S Gold    LGold@GershuniKatz.com
- David Gould    dgould@gglawllp.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Stuart I Koenig    Skoenig@cmkllp.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Elmer D Martin    elmermartin@gmail.com
- Alexis M McGinness    amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- David M Poitras    dpoitras@jmbm.com
- Samuel Price    sprice@pooleshaffery.com
- Uzzi O Raanan    uor@dgdk.com, DanningGill@Gmail.com
- Joel G Samuels    jsamuels@sidley.com
- David B Shemano    dshemano@pwkllp.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Sam Tabibian    sam.tabibian@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**